IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 2 8 2017

CLERK, U.S. DISTRICT COURT
By_____
Deputy

SUSAN GIBKE,                          §
                                      §
            Plaintiff,                §
                                      §
VS.                                   §      NO. 4:16-CV-976-A
                                      §
ALLSTATE VEHICLE AND                  §
PROPERTY INSURANCE COMPANY,           §
                                      §
            Defendant.                §

## FINAL JUDGMENT

Consistent with the discussions had and rulings made during a telephone conference with counsel for plaintiff, Susan Gibke, and counsel for defendant, Allstate Vehicle and Property Insurance Company, on the line,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted by plaintiff against defendant be, and are hereby, dismissed with prejudice, with each party to bear costs of court and attorney's fees incurred by that party.

SIGNED August 28, 2017.

_____
JOHN McBRYDE
United States District Judge